UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                    §
                                          §
Eduardo Feliciano                         §    Case No. 13-18692
Aldona Feliciano                          §
                                          §
              Debtor(s)                   §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ____ of the United States Bankruptcy Code was filed on ____. The case was converted to one under Chapter 7 on ____. The undersigned trustee was appointed on ____.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]            $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/STEVEN R. RADTKE_____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 13-18692 | CAD | Judge: | Carol A. Doyle | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Eduardo Feliciano | | | | Date Filed (f) or Converted (c): | 10/07/2013 (c) |
| | Aldona Feliciano | | | | 341(a) Meeting Date: | 11/04/2013 |
| For Period Ending: | 04/20/2015 | | | | Claims Bar Date: | 07/14/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 8631 W. Catherine Ave, Chicago, Il 60656; Joint Interest | 250,000.00 | 0.00 | | 0.00 | FA |
| 2. Pnc Bank Joint Savings Account | 100.00 | 0.00 | | 0.00 | FA |
| 3. Used Household Goods | 600.00 | 0.00 | | 0.00 | FA |
| 4. Used Personal Clothing | 450.00 | 0.00 | | 0.00 | FA |
| 5. 401K Account Through Employet; Husband Interest | 0.00 | 0.00 | | 0.00 | FA |
| 6. 2002 Dodge Durango, 4D, Slt, 4Wd, 154,000 Miles, Rough Condi | 1,950.00 | 0.00 | | 0.00 | FA |
| 7. 2000 Honda Accord Sedan, Lx, 140,000 Miles, Rough Condition. | 1,350.00 | 0.00 | | 0.00 | FA |
| 8. 2007 Infiniti G35 automobile (u) | 7,450.00 | 7,500.00 | | 7,500.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $261,900.00   $7,500.00   $7,500.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee filed objection to debtors' amended claims of exemption regarding an unscheduled 2007 Infiniti automobile; Trustee has filed motion to approve compromise whereby he sells estate's right, title and interest in vehicle for $7500; Matter is set for hearing on August 6, 2014. Debtors are making monthly payments in anticipation of settlement order.   As of 6/30/14 Trustee has collected $3900 (balance is being paid in monthly installments of $450 until balance paid in full)

Initial Projected Date of Final Report (TFR): 12/31/2015       Current Projected Date of Final Report (TFR): 12/31/2015

**UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-18692 | | | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Eduardo Feliciano | | | Bank Name: | Associated Bank |
| | Aldona Feliciano | | | Account Number/CD#: | XXXXXX5562 |
| | | | | | Checking |
| Taxpayer ID No: | XX-XXX2951 | | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/20/2015 | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/25/14 | 8 | Aldona Feliciano | Partial payment on interest in automobile<br>Settlement re Tr objection to amended claims of exemption re 2007 Infiniti automobile | 1229-000 | $1,000.00 | | $1,000.00 |
| 04/25/14 | 8 | Aldona Feliciano | Partial payment on interest in automobile<br>Settlement re Tr obj to claim of exemption re 2007 Infiniti automobile | 1229-000 | $1,000.00 | | $2,000.00 |
| 04/25/14 | 8 | Aldona Feliciano | Partial payment on interest in automobile<br>Settlement re Tr obj to claim of exemption re 2007 Infiniti automobile | 1229-000 | $1,000.00 | | $3,000.00 |
| 05/06/14 | 8 | Aldona Feliciano | Installment payment on automobile<br>Installment payment on interest in 2007 Infiniti automobile | 1229-000 | $450.00 | | $3,450.00 |
| 06/02/14 | 8 | Aldona Feliciano | Installment payment on automobile<br>Installment payment on interest in 2007 Infiniti automobile | 1229-000 | $450.00 | | $3,900.00 |
| 06/06/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,890.00 |
| 07/01/14 | 8 | Aldona Feliciano | Installment payment on automobile | 1229-000 | $450.00 | | $4,340.00 |
| 07/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,330.00 |
| 08/05/14 | 8 | Aldona Feliciano | Installment payment on automobile | 1229-000 | $450.00 | | $4,780.00 |
| 08/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,770.00 |
| 09/04/14 | 8 | Aldona Feliciano | Installment payment on automobile | 1229-000 | $450.00 | | $5,220.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*                Page Subtotals:          $5,250.00      $30.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 13-18692 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Eduardo Feliciano | Bank Name: Associated Bank |
| Aldona Feliciano | Account Number/CD#: XXXXXX5562 |
| | Checking |
| Taxpayer ID No: XX-XXX2951 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/20/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,210.00 |
| 10/07/14 | 8 | Aldona Feliciano | Installment payment on automobile | 1229-000 | $450.00 | | $5,660.00 |
| 10/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,650.00 |
| 11/05/14 | 8 | Aldona Feliciano | Installment payment on automobile | 1229-000 | $450.00 | | $6,100.00 |
| 11/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,090.00 |
| 12/02/14 | 8 | Aldona Feliciano | Installment payment on automobile | 1229-000 | $450.00 | | $6,540.00 |
| 12/05/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,530.00 |
| 01/05/15 | 8 | Aldona Feliciano | Installment payment on automobile | 1229-000 | $450.00 | | $6,980.00 |
| 01/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,970.00 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.28 | $6,959.72 |
| 02/09/15 | 8 | Aldona Feliciano | Final Installment on automobile | 1229-000 | $450.00 | | $7,409.72 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $7,500.00 | $90.28 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $7,500.00 | $90.28 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $7,500.00 | $90.28 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Page Subtotals: $2,250.00   $60.28

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5562 - Checking | $7,500.00 | $90.28 | $7,409.72 |
| | $7,500.00 | $90.28 | $7,409.72 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $7,500.00 |
| Total Gross Receipts: | $7,500.00 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 13-18692                                                                                                            Date: April 20, 2015
Debtor Name: Eduardo Feliciano
Claims Bar Date: 7/14/2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Administrative | | $0.00 | $1,500.00 | $1,500.00 |
| 100 2200 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Administrative | | $0.00 | $17.84 | $17.84 |
| 100 3110 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Administrative | | $0.00 | $1,612.50 | $1,612.50 |
| 100 3120 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Administrative | | $0.00 | $27.00 | $27.00 |
| 1 300 7100 | Discover Bank<br>Db Servicing Corporation<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | | $0.00 | $757.68 | $757.68 |
| 2 300 7100 | Discover Bank<br>Db Servicing Corporation<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | | $0.00 | $5,453.10 | $5,453.10 |
| 3 300 7100 | Us Dept Of Education<br>Claims Filing Unit<br>Po Box 8973<br>Madison, Wi 53708-8973 | Unsecured | | $0.00 | $22,376.25 | $22,376.25 |
| 4 300 7100 | N. A. Fia Card Services<br>Fia Card Services, N.A.<br>P O Box 982284<br>El Paso, Tx 79998-2238 | Unsecured | | $0.00 | $5,070.64 | $5,070.64 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 13-18692  
Debtor Name: Eduardo Feliciano  
Claims Bar Date: 7/14/2014  

Date: April 20, 2015

| Code# | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 5 300 7100 | Quantum3 Group Llc As Agent For Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Unsecured | | $0.00 | $328.31 | $328.31 |
| 7 300 7100 | Quantum3 Group Llc As Agent For Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Unsecured | | $0.00 | $1,664.19 | $1,664.19 |
| 9 300 7100 | N. A. Capital One<br>Capital One, N.A.<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $1,210.24 | $1,210.24 |
| 10 300 7100 | N. A. Capital One<br>Capital One, N.A.<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $235.78 | $235.78 |
| 11 300 7100 | Lvnv Funding, Llc Its Successors And Assigns As Assignee Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 10587<br>Greenville, Sc 29603-0587 | Unsecured | | $0.00 | $210.78 | $210.78 |
| 12 300 7100 | Portfolio Recovery Associates, Llc Successor To Chase Bank Usa N.A.<br>Po Box 41067<br>Norfolk, Va 23541 | Unsecured | | $0.00 | $10,647.31 | $10,647.31 |
| 13 300 7100 | N. A. (Menards) Capital One<br>Capital One, N.A.(Menards)<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, Az 85712 | Unsecured | | $0.00 | $273.26 | $273.26 |
| 6 400 4110 | Everbank - WITHDRAWN<br>301 W. Bay Street<br>Jacksonville, Fl 32202 | Secured | | $0.00 | $0.00 | $0.00 |
| 8 400 4110 | Pnc Bank - WITHDRAWN<br>Po Box 94982 Cleveland, Oh 44101 | Secured | | $0.00 | $0.00 | $0.00 |
| | Case Totals | | | $0.00 | $51,384.88 | $51,384.88 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 2                                              Printed: April 20, 2015

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-18692                                                                                                    Date: April 20, 2015
Debtor Name: Eduardo Feliciano
Claims Bar Date: 7/14/2014

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-18692
Case Name: Eduardo Feliciano
              Aldona Feliciano
Trustee Name: STEVEN R. RADTKE

Balance on hand      $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6 | Everbank-WITHDRAWN | $ | $ | $ | $ |
| 8 | Pnc Bank-WITHDRAWN | $ | $ | $ | $ |

Total to be paid to secured creditors     $_____

Remaining Balance     $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ | $ | $ |
| Trustee Expenses: STEVEN R. RADTKE | $ | $ | $ |
| Attorney for Trustee Fees: STEVEN R. RADTKE | $ | $ | $ |
| Attorney for Trustee Expenses: STEVEN R. RADTKE | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses     $_____

Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ | $ | $ |
| 2 | Discover Bank | $ | $ | $ |
| 3 | Us Dept Of Education | $ | $ | $ |
| 4 | N. A. Fia Card Services | $ | $ | $ |
| 5 | Quantum3 Group Llc As Agent For | $ | $ | $ |
| 7 | Quantum3 Group Llc As Agent For | $ | $ | $ |
| 9 | N. A. Capital One | $ | $ | $ |
| 10 | N. A. Capital One | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Lvnv Funding, Llc Its Successors And Assigns As | $ | $ | $ |
| 12 | Portfolio Recovery Associates, Llc | $ | $ | $ |
| 13 | N. A. (Menards) Capital One | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____


Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE