UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
Eduardo Feliciano                   §      Case No. 13-18692
Aldona Feliciano                    §
                                    §
                                    §
            Debtor(s)               §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that STEVEN R. RADTKE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        219 S. Dearborn Street
        Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee application(s) and any objection to the Final Report will be held at:

        10:30 a.m. on May 27, 2015
        in Courtroom  742, U.S. Courthouse
        219 South Dearborn Street, Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee application(s), the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____            By: Jeffrey P. Allsteadt_____
                                                                 Clerk of the Court

*STEVEN R. RADTKE*
*79 WEST MONROE STREET*
*SUITE 1305*
*CHICAGO, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Eduardo Feliciano § Case No. 13-18692
Aldona Feliciano §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 7,500.00 |
| and approved disbursements of | $ | 90.28 |
| leaving a balance on hand of[1] | $ | 7,409.72 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6 | Everbank-WITHDRAWN | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 8 | Pnc Bank-WITHDRAWN | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 7,409.72 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ 1,500.00 | $ 0.00 | $ 1,500.00 |
| Trustee Expenses: STEVEN R. RADTKE | $ 17.84 | $ 0.00 | $ 17.84 |
| Attorney for Trustee Fees: STEVEN R. RADTKE | $ 1,612.50 | $ 0.00 | $ 1,612.50 |
| Attorney for Trustee Expenses: STEVEN R. RADTKE | $ 27.00 | $ 0.00 | $ 27.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

    Total to be paid for chapter 7 administrative expenses      $    3,157.34

    Remaining Balance      $    4,252.38

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 48,227.54 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 757.68 | $ 0.00 | $ 66.81 |
| 2 | Discover Bank | $ 5,453.10 | $ 0.00 | $ 480.82 |
| 3 | Us Dept Of Education | $ 22,376.25 | $ 0.00 | $ 1,972.99 |
| 4 | N. A. Fia Card Services | $ 5,070.64 | $ 0.00 | $ 447.09 |
| 5 | Quantum3 Group Llc As Agent For | $ 328.31 | $ 0.00 | $ 28.95 |
| 7 | Quantum3 Group Llc As Agent For | $ 1,664.19 | $ 0.00 | $ 146.74 |
| 9 | N. A. Capital One | $ 1,210.24 | $ 0.00 | $ 106.71 |
| 10 | N. A. Capital One | $ 235.78 | $ 0.00 | $ 20.79 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Lvnv Funding, Llc Its Successors And Assigns As | $ 210.78 | $ 0.00 | $ 18.59 |
| 12 | Portfolio Recovery Associates, Llc | $ 10,647.31 | $ 0.00 | $ 938.81 |
| 13 | N. A. (Menards) Capital One | $ 273.26 | $ 0.00 | $ 24.08 |

| | | |
|---|---|---|
| | Total to be paid to timely general unsecured creditors | $ 4,252.38 |
| | Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Steven R. Radtke
Steven R. Radtke, Trustee

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                              Case No. 13-18692-CAD
Eduardo Feliciano                                                   Chapter 7
Aldona Feliciano
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0752-1          User: arodarte               Page 1 of 2                  Date Rcvd: Apr 22, 2015
                              Form ID: pdf006              Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 24, 2015.
db/jdb         +Eduardo Feliciano,    Aldona Feliciano,    8631 W Catherine Ave., Apt. 1,
                 Chicago, IL 60656-1110
20431640      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank of America,    Po Box 982235,   El Paso, TX 79998)
20431642       +CHASE,   PO BOX 15298,   Wilmington, DE 19850-5298
20431641       +Cap1/menards,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
20994924        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
20431643       +Chase,   PO Box 24696,    Columbus, OH 43224-0696
20431644       +Chase/Best Buy,   Po box 15298,    Wilmington, DE 19850-5298
20431645       +Comenity Bank/ Victoris Secret,    Po Box 182789,   Columbus, OH 43218-2789
20637850       +EverBank,   301 W. Bay Street,    Jacksonville, FL 32202-5180
20431648       +Everhome Mortgage,    301 W. Bay St,   Jacksonville, FL 32202-5184
20566131       +FIA CARD SERVICES, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
20736984       +PNC BANK,   PO BOX 94982,    CLEVELAND, OH 44101-4982
20431652       +PNC Bank,   1 Financial Pkwy,    Kalamazoo, MI 49009-8002
21058060      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court:  Portfolio Recovery Associates, LLC,
                 successor to CHASE BANK USA N.A.,    PO Box 41067,   Norfolk, VA 23541)
20431653       +Sears/cbna,   Po Box 6189,    Sioux Falls, SD 57117-6189
20492327        US Dept of Education,    Claims Filing Unit,   PO Box 8973,   Madison, WI 53708-8973
20431654       +US Dept. of Education,    2401 International,   Madison, WI 53704-3121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21076696       +E-mail/Text: bnc@bass-associates.com Apr 23 2015 02:05:31      Capital One, N.A.(Menards),
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
20431646        E-mail/PDF: mrdiscen@discover.com Apr 23 2015 02:10:25      Discover,   P.O. Box 15316,
                 Wilmington, DE 19850
20447255        E-mail/PDF: mrdiscen@discover.com Apr 23 2015 02:10:25      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
20431647       +E-mail/PDF: mrdiscen@discover.com Apr 23 2015 02:10:25      Discover Fin Svcs Llc,
                 Po Box 15316,   Wilmington, DE 19850-5316
20431650       +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 23 2015 02:05:41      Kohls/capone,
                 N56 W 17000 Ridgewoor Dr,    Menomonee Falls, WI 53051-7096
21026901        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 23 2015 02:03:20
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
20604034        E-mail/Text: bnc-quantum@quantum3group.com Apr 23 2015 02:06:11
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
21976350       +E-mail/Text: bnc@bass-associates.com Apr 23 2015 02:05:31      eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,   Tucson, AZ 85712-1083
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20994925*       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
20431651*      +Kohls/capone,   N56 W 17000 Ridgewoor Dr,    Menomonee Falls, WI 53051-7096
20431649      ##+Everhome Mortgage Bankruptcy,    8100 Nations Way,   Jacksonville, FL 32256-4405
                                                                                   TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2015                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: arodarte           Page 2 of 2            Date Rcvd: Apr 22, 2015
                              Form ID: pdf006          Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 21, 2015 at the address(es) listed below:
          Faiq  Mihlar    on behalf of Creditor    EverBank bankruptcy@hsbattys.com,  bankruptcy@hsbattys.com
          Heather M Giannino    on behalf of Creditor    EverBank bankruptcy@hsbattys.com,
           bankruptcy@hsbattys.com
          Jason D Van Hemert    on behalf of Debtor Eduardo  Feliciano vanhemertlaw@gmail.com
          Jason D Van Hemert    on behalf of Joint Debtor Aldona  Feliciano vanhemertlaw@gmail.com
          Jason S Landgraf    on behalf of Debtor Eduardo  Feliciano jason@LandgrafLaw.com,
           sgraves@LandgrafLaw.com
          Jason S Landgraf    on behalf of Joint Debtor Aldona  Feliciano jason@LandgrafLaw.com,
           sgraves@LandgrafLaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Ryan John Waite    on behalf of Debtor Eduardo  Feliciano ryan@waitelaw.net,  Wojtek@waitelaw.net
          Ryan John Waite    on behalf of Joint Debtor Aldona  Feliciano ryan@waitelaw.net,
           Wojtek@waitelaw.net
          Steven R Radtke    sradtke@chillchillradtke.com,  sradtke@ecf.epiqsystems.com
          Steven R Radtke    on behalf of Trustee Steven R Radtke sradtke@chillchillradtke.com,
           sradtke@ecf.epiqsystems.com
                                                                                             TOTAL: 11
```