UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                  §
                                        §
Eduardo Feliciano                       §    Case No. 13-18692
Aldona Feliciano                        §
                                        §
           Debtor(s)                    §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

　　　　STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 250,000.00<br>*(Without deducting any secured claims)* | Assets Exempt: 4,450.00 |
| Total Distributions to Claimants: 4,252.38 | Claims Discharged<br>Without Payment:  616,236.16 |
| Total Expenses of Administration:  3,247.62 | |

　　　　3) Total gross receipts of $ 7,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 7,500.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 530,983.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,247.62 | 3,247.62 | 3,247.62 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 20,588.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 20,690.00 | 48,227.54 | 48,227.54 | 4,252.38 |
| **TOTAL DISBURSEMENTS** | $ 572,261.00 | $ 51,475.16 | $ 51,475.16 | $ 7,500.00 |

  4)  This case was originally filed under chapter 13 on  05/01/2013 , and it was converted to chapter 7 on  10/07/2013 .  The case was pending for 21 months.

  5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated:  07/02/2015            By:/s/STEVEN R. RADTKE
                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2007 Infiniti G35 automobile | 1229-000 | 7,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 7,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Everhome Mortgage 301 W. Bay St Jacksonville, FL 32202 | | 264,516.00 | NA | NA | 0.00 |
| | PNC Bank 1 Financial Pkwy Kalamazoo, MI 49009 | | 266,467.00 | NA | NA | 0.00 |
| 6 | Everbank | 4110-000 | NA | 0.00 | 0.00 | 0.00 |
| 8 | Pnc Bank | 4110-000 | NA | 0.00 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ 530,983.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | 2100-000 | NA | 1,500.00 | 1,500.00 | 1,500.00 |
| STEVEN R. RADTKE | 2200-000 | NA | 17.84 | 17.84 | 17.84 |
| Associated Bank | 2600-000 | NA | 90.28 | 90.28 | 90.28 |
| STEVEN R. RADTKE | 3110-000 | NA | 1,612.50 | 1,612.50 | 1,612.50 |
| STEVEN R. RADTKE | 3120-000 | NA | 27.00 | 27.00 | 27.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 3,247.62 | $ 3,247.62 | $ 3,247.62 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | US Dept. of Education 2401 International Madison, WI 53704 | | 20,588.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 20,588.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America Po Box 982235 El Paso, TX 79998 | | 2,144.00 | NA | NA | 0.00 |
| | Cap1/menards 26525 N Riverwoods Blvd Mettawa, IL 60045 | | 142.00 | NA | NA | 0.00 |
| | CHASE PO BOX 15298 Wilmington, DE 19850 | | 10,145.00 | NA | NA | 0.00 |
| | Chase PO Box 24696 Columbus, OH 43224 | | 0.00 | NA | NA | 0.00 |
| | Chase/Best Buy Po box 15298 Wilmington, DE 19850 | | 579.00 | NA | NA | 0.00 |
| | Comenity Bank/ Victoris Secret Po Box 182789 Columbus, OH 43218 | | 1,345.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | 4,874.00 | NA | NA | 0.00 |
| | Discover P.O. Box 15316 Wilmington, DE 19850 | | 298.00 | NA | NA | 0.00 |
| | Kohls/capone N56 W 17000 Ridgewoor Dr Menomonee Falls, WI 53051 | | 999.00 | NA | NA | 0.00 |
| | Kohls/capone N56 W 17000 Ridgewoor Dr Menomonee Falls, WI 53051 | | 94.00 | NA | NA | 0.00 |
| | Sears/cbna Po Box 6189 Sioux Falls, SD 57117 | | 70.00 | NA | NA | 0.00 |
| 1 | Discover Bank | 7100-000 | NA | 757.68 | 757.68 | 66.81 |
| 2 | Discover Bank | 7100-000 | NA | 5,453.10 | 5,453.10 | 480.82 |
| 11 | Lvnv Funding, Llc Its Successors And Assigns As | 7100-000 | NA | 210.78 | 210.78 | 18.59 |
| 13 | N. A. (Menards) Capital One | 7100-000 | NA | 273.26 | 273.26 | 24.08 |
| 9 | N. A. Capital One | 7100-000 | NA | 1,210.24 | 1,210.24 | 106.71 |
| 10 | N. A. Capital One | 7100-000 | NA | 235.78 | 235.78 | 20.79 |
| 4 | N. A. Fia Card Services | 7100-000 | NA | 5,070.64 | 5,070.64 | 447.09 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 10,647.31 | 10,647.31 | 938.81 |
| 5 | Quantum3 Group Llc As Agent For | 7100-000 | NA | 328.31 | 328.31 | 28.95 |
| 7 | Quantum3 Group Llc As Agent For | 7100-000 | NA | 1,664.19 | 1,664.19 | 146.74 |
| 3 | Us Dept Of Education | 7100-000 | NA | 22,376.25 | 22,376.25 | 1,972.99 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 20,690.00 | $ 48,227.54 | $ 48,227.54 | $ 4,252.38 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-18692 | CAD | Judge: | Carol A. Doyle | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Eduardo Feliciano | | | | Date Filed (f) or Converted (c): | 10/07/2013 (c) |
| | Aldona Feliciano | | | | 341(a) Meeting Date: | 11/04/2013 |
| For Period Ending: | 07/02/2015 | | | | Claims Bar Date: | 07/14/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 8631 W. Catherine Ave, Chicago, Il 60656; Joint Interest | 250,000.00 | 0.00 | | 0.00 | FA |
| 2. Pnc Bank Joint Savings Account | 100.00 | 0.00 | | 0.00 | FA |
| 3. Used Household Goods | 600.00 | 0.00 | | 0.00 | FA |
| 4. Used Personal Clothing | 450.00 | 0.00 | | 0.00 | FA |
| 5. 401K Account Through Employet; Husband Interest | 0.00 | 0.00 | | 0.00 | FA |
| 6. 2002 Dodge Durango, 4D, Slt, 4Wd, 154,000 Miles, Rough Condi | 1,950.00 | 0.00 | | 0.00 | FA |
| 7. 2000 Honda Accord Sedan, Lx, 140,000 Miles, Rough Condition. | 1,350.00 | 0.00 | | 0.00 | FA |
| 8. 2007 Infiniti G35 automobile (u) | 7,450.00 | 7,500.00 | | 7,500.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $261,900.00          $7,500.00          $7,500.00          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee's Final Report has been filed and approved; distribution checks mailed out on 6/12/15; TDR to be filed once all checks clear.

Trustee sold his right, right and interest Debtor's vehicle for $7,500 pursuant to order of court. Debtors monthly payments on settlement completed under settlement agreement.

Initial Projected Date of Final Report (TFR): 12/31/2015          Current Projected Date of Final Report (TFR): 12/31/2015

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 13-18692 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Eduardo Feliciano | Bank Name: Associated Bank |
| Aldona Feliciano | Account Number/CD#: XXXXXX5562 |
| | Checking |
| Taxpayer ID No: XX-XXX2951 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/02/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/25/14 | 8 | Aldona Feliciano | Partial payment on interest in automobile<br>Settlement re Tr objection to amended claims of exemption re 2007 Infiniti automobile | 1229-000 | $1,000.00 | | $1,000.00 |
| 04/25/14 | 8 | Aldona Feliciano | Partial payment on interest in automobile<br>Settlement re Tr obj to claim of exemption re 2007 Infiniti automobile | 1229-000 | $1,000.00 | | $2,000.00 |
| 04/25/14 | 8 | Aldona Feliciano | Partial payment on interest in automobile<br>Settlement re Tr obj to claim of exemption re 2007 Infiniti automobile | 1229-000 | $1,000.00 | | $3,000.00 |
| 05/06/14 | 8 | Aldona Feliciano | Installment payment on automobile<br>Installment payment on interest in 2007 Infiniti automobile | 1229-000 | $450.00 | | $3,450.00 |
| 06/02/14 | 8 | Aldona Feliciano | Installment payment on automobile<br>Installment payment on interest in 2007 Infiniti automobile | 1229-000 | $450.00 | | $3,900.00 |
| 06/06/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,890.00 |
| 07/01/14 | 8 | Aldona Feliciano | Installment payment on automobile | 1229-000 | $450.00 | | $4,340.00 |
| 07/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,330.00 |
| 08/05/14 | 8 | Aldona Feliciano | Installment payment on automobile | 1229-000 | $450.00 | | $4,780.00 |
| 08/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,770.00 |
| 09/04/14 | 8 | Aldona Feliciano | Installment payment on automobile | 1229-000 | $450.00 | | $5,220.00 |
| | | | Page Subtotals: | | $5,250.00 | $30.00 | |

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 13-18692 | Trustee Name: | STEVEN R. RADTKE | |
| Case Name: | Eduardo Feliciano | Bank Name: | Associated Bank | |
| | Aldona Feliciano | Account Number/CD#: | XXXXXX5562 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX2951 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 07/02/2015 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,210.00 |
| 10/07/14 | 8 | Aldona Feliciano | Installment payment on automobile | 1229-000 | $450.00 | | $5,660.00 |
| 10/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,650.00 |
| 11/05/14 | 8 | Aldona Feliciano | Installment payment on automobile | 1229-000 | $450.00 | | $6,100.00 |
| 11/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,090.00 |
| 12/02/14 | 8 | Aldona Feliciano | Installment payment on automobile | 1229-000 | $450.00 | | $6,540.00 |
| 12/05/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,530.00 |
| 01/05/15 | 8 | Aldona Feliciano | Installment payment on automobile | 1229-000 | $450.00 | | $6,980.00 |
| 01/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,970.00 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.28 | $6,959.72 |
| 02/09/15 | 8 | Aldona Feliciano | Final Installment on automobile | 1229-000 | $450.00 | | $7,409.72 |
| 06/12/15 | 1001 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,500.00 | $5,909.72 |

Page Subtotals: $2,250.00   $1,560.28

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 13-18692 | Trustee Name: | STEVEN R. RADTKE | |
| Case Name: | Eduardo Feliciano | Bank Name: | Associated Bank | |
| | Aldona Feliciano | Account Number/CD#: | XXXXXX5562 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX2951 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 07/02/2015 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/12/15 | 1002 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $17.84 | $5,891.88 |
| 06/12/15 | 1003 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $1,612.50 | $4,279.38 |
| 06/12/15 | 1004 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3120-000 | | $27.00 | $4,252.38 |
| 06/12/15 | 1005 | Discover Bank<br>Db Servicing Corporation<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 1 representing a payment of 8.82 % per court order. | 7100-000 | | $66.81 | $4,185.57 |
| 06/12/15 | 1006 | Discover Bank<br>Db Servicing Corporation<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 2 representing a payment of 8.82 % per court order. | 7100-000 | | $480.82 | $3,704.75 |
| 06/12/15 | 1007 | Us Dept Of Education<br>Claims Filing Unit<br>Po Box 8973<br>Madison, Wi 53708-8973 | Final distribution to claim 3 representing a payment of 8.82 % per court order. | 7100-000 | | $1,972.99 | $1,731.76 |
| 06/12/15 | 1008 | N. A. Fia Card Services<br>Fia Card Services, N.A.<br>P O Box 982284<br>El Paso, Tx 79998-2238 | Final distribution to claim 4 representing a payment of 8.82 % per court order. | 7100-000 | | $447.09 | $1,284.67 |

Page Subtotals:   $0.00   $4,625.05

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-18692 | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|
| Case Name: | Eduardo Feliciano | Bank Name: | Associated Bank |
| | Aldona Feliciano | Account Number/CD#: | XXXXXX5562 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX2951 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/02/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/12/15 | 1009 | Quantum3 Group Llc As Agent For Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution to claim 5 representing a payment of 8.82 % per court order. | 7100-000 | | $28.95 | $1,255.72 |
| 06/12/15 | 1010 | Quantum3 Group Llc As Agent For Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution to claim 7 representing a payment of 8.82 % per court order. | 7100-000 | | $146.74 | $1,108.98 |
| 06/12/15 | 1011 | N. A. Capital One<br>Capital One, N.A.<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 9 representing a payment of 8.82 % per court order. | 7100-000 | | $106.71 | $1,002.27 |
| 06/12/15 | 1012 | N. A. Capital One<br>Capital One, N.A.<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 10 representing a payment of 8.82 % per court order. | 7100-000 | | $20.79 | $981.48 |
| 06/12/15 | 1013 | Lvnv Funding, Llc Its Successors And Assigns As<br>Assignee Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 10587<br>Greenville, Sc 29603-0587 | Final distribution to claim 11 representing a payment of 8.82 % per court order. | 7100-000 | | $18.59 | $962.89 |
| 06/12/15 | 1014 | Portfolio Recovery Associates, Llc Successor To Chase Bank Usa N.A.<br>Po Box 41067<br>Norfolk, Va 23541 | Final distribution to claim 12 representing a payment of 8.82 % per court order. | 7100-000 | | $938.81 | $24.08 |
| 06/12/15 | 1015 | N. A. (Menards) Capital One<br>Capital One, N.A.(Menards)<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, Az 85712 | Final distribution to claim 13 representing a payment of 8.82 % per court order. | 7100-000 | | $24.08 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $7,500.00 | $7,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $7,500.00 | $7,500.00 |
| Page Subtotals: | $0.00 | $1,284.67 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

| | | |
|---|---:|---:|
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $7,500.00 | $7,500.00 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5562 - Checking | $7,500.00 | $7,500.00 | $0.00 |
|  | $7,500.00 | $7,500.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $7,500.00 |
| Total Gross Receipts: | $7,500.00 |

Page Subtotals:    $0.00    $0.00